1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AERIN ROBINSON. | ) Case No. 2:23-cv-01711-JAK (ASx) |
| Plaintiffs. | ) |
| v. | ) |
| CITY OF BURBANK, OFFICER ULRLCH (#14417); OFFICER MORENO (#14768); OFFICER QUINTERO (#15263); OFFICER EKIMYAN (#14339); OFICER N. MUNN (#15509); OFFICER D. LINDQUIST (#14349); SGT. FEKETY (#12179); SGT. VIRZI (#13176); OFFICER DEBELIUS (#13850); OFFICER HOSEPIAN (#14849); OFFICER SCHWARTZ (#15035); OFFICER CHOI (#15407); OFFICER HOBSON (#15485); LT. D. GREEN (#11203) and Does 1-50, inclusive. | ) **ORDER RE STIPULATION FOR DISMISAL PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) (DKT. 50)** <br><br> **JS-6: CASE CLOSED** |
| Defendants. | ) |

-1-

1  Based on a review of the Stipulation for Dismissal Pursuant to FRCP Rule 41
2  (the "Stipulation" (Dkt. 50)), sufficient good cause has been shown for the requested
3  relief. Accordingly, the Stipulation is **APPROVED**, as follows:
4  The above-entitled action is dismissed in its entirety with prejudice pursuant
5  to Fed. R. Civ. P. 41. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: September 20, 2024

_____
John A. Kronstadt
United States District Court Judge